**James ROSSANO, Plaintiff–Appellant,**

v.

**James F. RECORE, Director, Temporary Release Program; Linda Posillico, Supervisor, Temporary Release Program; Herbert McLaughlin, Superintendent, Hudson Correctional Facility; Daniel Berry, Temporary Release Program; Francis Caruso, Parole Officer, Hudson Correctional Facility; John Doe, I; John Doe, II; Sally Kellam, Work Release Administrator, Hudson Correctional Facility, Defendants–Appellees.**

No. 00–0251.

United States Court of Appeals, Second Circuit.

Oct. 26, 2001.

James Rossano, Wallkill, NY, pro se.

Eliot Spitzer, Attorney General of the State of New York, Albany, NY, Nancy A. Spiegel, Martin A. Hotvet, Assistant Solicitor Generals, on the brief, for defendants-appellees.

Present OAKES, CARDAMONE and JACOBS, Circuit Judges.

*SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

James Rossano, *pro se* and incarcerated, appeals from the district court's grant of summary judgment in favor of Defendants–Appellants James F. Recore, *et al.* (McAvoy, J.). We affirm for substantially the reasons stated in Judge McAvoy's thorough Decision and Order. *See James Rossano v. James F. Recore,* 97–CV–1231 (N.D.N.Y. Aug. 3, 2000).